*Russell & Helm, for appellants. Barnett Noble, for appellee.*

---

GEORGE JACKSON v. COMMONWEALTH.

**Criminal Law—Keeping Tippling House.**
> A person indicted for keeping a tippling house and acquitted on the charge, may on the same trial be found guilty of retailing spirituous liquors within one mile of a church during divine service, but he cannot be convicted for more than one of the inferior offenses.

APPEAL FROM BATH CIRCUIT COURT.

September 8, 1876.

OPINION BY JUDGE LINDSAY:

A person indicted for keeping a tippling house, and acquitted thereof, may on the same trial be found guilty of retailing or selling spirituous liquors within one mile of a church or other place of public worship during divine service, if the evidence shall authorize such conviction. Secs. 5 and 8, Art. 25, Chap. 29, Gen. Stat.

But in such a case he cannot be convicted and punished for more than one of the inferior offenses. In this case the appellant, under an indictment charging the single offense of keeping a tippling house, has been convicted and fined for twenty-five acts of retail-

ing. The fine assessed is more than double as much as it would have been had he been found guilty of the highest grade of the major offense. The statutes will not admit of a construction leading to such a result.

The instructions of the court authorized the finding of the jury. For the reasons stated they are erroneous and misleading. Judgment *reversed* and cause remanded for further proceedings not inconsistent with this opinion.

*B. D. Lacy, for appellant. Moss, for appellee.*